UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RICK GREGORY JACKSON, ) <br> ) <br> Defendant. ) | Case No. 2:02-CR-00163-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

FILED
April 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICK GREGORY JACKSON , Case No. 2:02-cr-00163-MCE, Charge 18:371.F CONSPIRACY TO POSSESS STOLEN MAIL, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance
    __ Bail Posted in the Sum of $__
        __ Unsecured Appearance Bond
        __ Appearance Bond with 10% Deposit
        __ Appearance Bond with Surety
        __ Corporate Surety Bail Bond
        ✓ (Other) As ordered in Court on 4-24-07, that supervised release be continued with a new condition that Jackson participate in Haven House residential drug treatment program and report there immediately.

Issued at  Sacramento, CA  on  April 24, 2007 at _____ a.m.  .

By  /s/ Morrison C. England
Morrison C. England
United States District Judge