IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　No. CR S-02-0163 KJM

  vs.

RICK G. JACKSON,

    Movant.　　　　　　　　　　<u>ORDER</u>

_____/

      Defendant has filed a document entitled "Ex-Parte Motion for Compassionate Release From Supervised Probation," asking the court to consolidate the term for his federal probation violation with the state sentence he is currently serving. The government has not notified the court of its position.

      IT IS THEREFORE ORDERED that within twenty-eight days of the date of this order, the U.S. Attorney's Office notify the court of its position regarding defendant's request.

DATED: February 7, 2011.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

2
jack0163.ord

1