BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-CR-00163 KJM |
| Plaintiff, | |
| v. | Order Re: Request to Seal Documents |
| RICK GREGORY JACKSON, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the exhibits to the government's opposition to defendant's motion for release from pretrial supervision in the above-captioned proceeding shall be filed in camera and under seal and shall not be disclosed to any person unless

///
///
///
///
///

1

otherwise ordered by this Court, with the exception that a copy of the exhibits may be provided to the defendant and his counsel.

Dated: March 18, 2011.

_____
UNITED STATES DISTRICT JUDGE