UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICK GREGORY JACKSON,<br><br>Defendant. | No. 2:02-CR-00163 KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release RICK GREGORY JACKSON; Case No. 2:02-CR-00163 KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on 4/15/15, at 9:40 am

_____
Kimberly J. Mueller
United States District Judge